## BRADSHAW v. STATE.
### No. 15227.

Court of Criminal Appeals of Texas.
March 9, 1932.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for transporting intoxicating liquor; punishment being confinement in the penitentiary for one year.

The record is here without a statement of facts or bills of exceptions. In such condition nothing is presented for review.

The judgment is affirmed.